**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

---

IN RE: Arika Manapat                                      CASE NO.: 12–13492–jlg
 aka   Arika Garcia

Social Security/Taxpayer ID/Employer ID/Other Nos.:       CHAPTER:  7
xxx–xx–6770

---

# DISCHARGE OF DEBTOR
# ORDER OF FINAL DECREE

A petition under chapter 7 of title 11, United States Code was filed by or against the Debtor(s) on 5/7/15 ; an order converting the case was entered under chapter 7; no order denying a discharge has been granted. The Debtor's estate has been fully administered.

**IT IS ORDERED THAT:**

1. The Debtor is released from all dischargeable debts.

2. Any judgment not obtained in this court is null and void as to the personal liability of the Debtor(s) regarding the following:

(a) debts dischargeable under 11 U.S.C. § 523(a);

(b) debts alleged to be excepted from discharge under 11 U.S.C. § 523(a)(2),(4),(6) or (15) unless determined by this court to be nondischargeable;

(c) debts determined by this court to be discharged.

3. All creditors whose debts are discharged by this order or whose judgments are declared null and void in 2 above, are enjoined from instituting or continuing any action, employing any process or engaging in any act to collect such debts as personal liabilities of the Debtor(s).

4. David R. Kittay is discharged as the Trustee of the Debtor's estate and the bond is cancelled. The chapter 7 case of the Debtor(s) is closed.

Dated: 11/5/15                              James L. Garrity Jr., Bankruptcy Judge

**EXPLANATION OF BANKRUPTCY DISCHARGE**
**IN A CHAPTER 7 CASE**

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts that are in the nature of alimony, maintenance, or support;

c. Debts for most student loans;

d. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

f. Some debts which were not properly listed by the debtor;

g. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

h. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Southern District of New York

In re:                                                                    Case No. 12-13492-jlg
Arika Manapat                                                             Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0208-1          User: awilrodri          Page 1 of 2          Date Rcvd: Nov 05, 2015
                              Form ID: 155             Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2015.
```
db           #+Arika Manapat,    429 East 114th Street #4E,    New York, NY 10029-2354
smg           N.Y. State Unemployment Insurance Fund,    P.O. Box 551,    Albany, NY 12201-0551
smg           New York City Dept. Of Finance,    345 Adams Street, 3rd Floor,
              Attn: Legal Affairs - Devora Cohn,    Brooklyn, NY 11201-3719
smg           New York State Tax Commission,    Bankruptcy/Special Procedures Section,    P.O. Box 5300,
              Albany, NY 12205-0300
smg          +United States Attorney's Office,    Southern District of New York,
              Attention: Tax & Bankruptcy Unit,    86 Chambers Street, Third Floor,    New York, NY 10007-1825
5930705      +AES NCT,    P.O. BOX 2461,    HARRISBURG, PA 17105-2461
5930708      +CACH LLC/COLLECT AMERICA,    370 17TH STREET, STE 5000,    DENVER, CO 80202-1370
6566285       ECMC,    P.O. Box 16408,    St. Paul, MN 55116-0408
5930716      +KEY BANK/GLHEC,    2401 INTERNATIONAL LANE,    MADISON, WI 53704-3121
6528064       Navient Solutions, Inc. on behalf of USA Funds,    Attn: Bankruptcy Litigation Unit E3149,
              PO Box 9430,    Wilkes-Barre, PA 18773-9430
6109809       New York State Department of Taxation and Finance,    Bankruptcy Unit,    P O Box 5300,
              Albany NY 12205-0300
5930720      +SSTCIGPFCORP,    388 GREENWICH ST,    NEW YORK, NY 10013-2375
5930721      +STUDENT LOAN SERVICE,    1 UNIVERSITY PL,    RENSSELAER, NY 12144-3424
6068811      +VISTANA DEVELOPMENT, INC.,    STARWOOD VACATION OWNERSHIP, INC.,    INVENTORY RECOVERY DEPT.,
              9002 SAN MARCO COURT,    ORLANDO, FL 32819-8600
5930724       WELL FARGO,    PO BOX 11701,    NEWARK, NJ 07101-4701
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr           +EDI: BDKITTAY.COM Nov 05 2015 19:28:00      David R. Kittay,    Kittay & Gershfeld, P.C.,
              100 White Plains Road,    2nd Floor,    Tarrytown, NY 10591-5567
ust          +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Nov 05 2015 19:27:15      United States Trustee,
              Office of the United States Trustee,    U.S. Federal Office Building,
              201 Varick Street, Room 1006,    New York, NY 10014-9449
5940873       EDI: AIS.COM Nov 05 2015 19:28:00      American InfoSource LP as agent for,
              Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK 73126-8941
5930706      +EDI: BANKAMER2.COM Nov 05 2015 19:28:00      BANK OF AMERICA,    PO BOX 17054,
              WILMINGTON, DE 19850-7054
5930707      +EDI: TSYS2.COM Nov 05 2015 19:28:00      BLOOMINGDALES,    9111 DUKE BLVD,    MASON, OH 45040-8999
5930709      +EDI: CHASE.COM Nov 05 2015 19:28:00      CHASE,    CARDMEMBER SERVICES,    PO BOX 15153,
              WILMINGTON, DE 19886-5153
5930710      +EDI: CITICORP.COM Nov 05 2015 19:28:00      CITI CARDS/CITIBANK,    PO BOX 6241,
              SIOUX FALLS, SD 57117-6241
5936566      +EDI: TSYS2.COM Nov 05 2015 19:28:00      Department Stores National Bank/Bloomingdales,
              Bankruptcy Processing,    Po Box 8053,    Mason, OH 45040-8053
5936564      +EDI: TSYS2.COM Nov 05 2015 19:28:00      Department Stores National Bank/Macy's,
              Bankruptcy Processing,    Po Box 8053,    Mason, OH 45040-8053
5936565      +EDI: TSYS2.COM Nov 05 2015 19:28:00      Department Stores National Bank/Macys,
              Bankruptcy Processing,    Po Box 8053,    Mason, OH 45040-8053
5984311       EDI: ECMC.COM Nov 05 2015 19:28:00      ECMC,    P.O. Box 75906,    St. Paul, MN 55175
5930711      +EDI: AMINFOFP.COM Nov 05 2015 19:28:00      FIRST PREMIER BANK,    601 S MINNESOTA AVENUE,
              SIOUX FALLS, SD 57104-4868
5930713      +EDI: RMSC.COM Nov 05 2015 19:28:00      GEMB/PPBYCR,    PO BOX 981064,    EL PASO, TX 79998-1064
5930714      +EDI: RMSC.COM Nov 05 2015 19:28:00      GEMB/SAM'S CLUB,    PO BOX 965005,
              ORLANDO, FL 32896-5005
5930715      +EDI: HFC.COM Nov 05 2015 19:28:00      HSBC,    PO BOX 5253,    CAROL STREAM, IL 60197-5253
5997132       E-mail/Text: bknotice@crgofusa.com Nov 05 2015 19:27:28
              InSolve Recovery, LLC, c/o Capital Recovery Group,,    Dept 3203,    PO BOX 123203,
              DALLAS, TX 75312-3203
5930717      +EDI: RMSC.COM Nov 05 2015 19:28:00      LORD & TAYLOR/GEMB,    PO BOX 960035,
              ORLANDO, FL 32896-0035
6012407       EDI: RESURGENT.COM Nov 05 2015 19:28:00      LVNV Funding, LLC its successors and assigns as,
              assignee of HSBC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
5930718      +EDI: TSYS2.COM Nov 05 2015 19:28:00      MACYS,    PO BOX 183083,    COLUMBUS, OH 43218-3083
6018076       EDI: PRA.COM Nov 05 2015 19:28:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
              Norfolk VA 23541
5933327      +E-mail/Text: bankruptcy@cavps.com Nov 05 2015 19:27:25      Precision Recovery Analytics, Inc,
              c/o Cavalry Advisory Services,    500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
5930719      +EDI: NAVIENTFKASMSERV.COM Nov 05 2015 19:28:00      SALLIE MAE,    1002 ARTHUR DRIVE,
              LYNN HAVEN, FL 32444-1683
5944510      +EDI: NAVIENTFKASMSERV.COM Nov 05 2015 19:28:00      Sallie Mae,    c/o Sallie Mae Inc.,
              220 Lasley Ave,    Wilkes-Barre, PA 18706-1496
5930722      +EDI: WTRRNBANK.COM Nov 05 2015 19:28:00      TARGET,    PO BOX 673,    MINNEAPOLIS, MN 55440-0673
5930723       EDI: WFNNB.COM Nov 05 2015 19:28:00      VICTORIA'S SECRET,    PO BOX 659728,
              SAN ANTONIO, TX 78265-9728
5934191      +EDI: WFFC.COM Nov 05 2015 19:28:00      Wells Fargo Bank NA,
              Wells Fargo Education Financial Services,    301 E 58th Street N,    Sioux Falls  SD 57104-0422
                                                                                              TOTAL: 26
```

```
District/off: 0208-1          User: awilrodri              Page 2 of 2                  Date Rcvd: Nov 05, 2015
                              Form ID: 155                 Total Noticed: 41
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
unk           Jeffrey Sapir
unk           NYS Department of Taxation & Finance
5930712       GAP,    PO BOX 530942,    30353.0942
                                                                                 TOTALS: 3, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2015                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 5, 2015 at the address(es) listed below:
              David R. Kittay    kittaygershfeld@yahoo.com, N252@ecfcbis.com
              Diana  Revzin    on behalf of Debtor Arika  Manapat drevzin@sbkass.com,  vbosco@sbkass.com
              Stephen B. Kass    on behalf of Debtor Arika  Manapat skass@sbkass.com,
               drevzin@sbkass.com;ovishneva@sbkass.com;SBK.ECF@gmail.com
                                                                                 TOTAL: 3
```